# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MAREK DZIADOSZ, | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:21-0251 |
| v. | : | |
| | | (JUDGE MANNION) |
| GOC MYSZKOWSKI SP.JAWNA D/B/A GOC HARLEY-DAVIDSON RZESZOW D/B/A GAME OVER CYCLES D/B/A EGO-LIGHT SP.Z.O.O., STANISLAW MYSZKOWSKI, and KAROL MIKA, | : | |
| Defendants | : | |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT** Plaintiff Marek Dziadosz's complaint will be dismissed without prejudice and the Plaintiff will be granted leave to file an amended complaint to the degree that he is able to sufficiently allege facts that support a finding that this Court maintains jurisdiction.

*s/ Malachy E. Mannion*
MALACHY E. MANNION
United States District Judge

Dated: December 10, 2021
21-0251-01-ORDER